UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL VALDEZ,

    Plaintiff,

v.

STEPHEN PREKOSKI,

    Defendant.

Case No. 21-cv-04408-JST

**ORDER OF DISMISSAL**

On or about June 9, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not submitted his prisoner trust account statement and a Certificate of Funds in Prisoner's Account, both of which are required to complete the *in forma pauperis* application. ECF No. 4. Plaintiff was instructed to respond within twenty-eight days of the date of the order. *Id.* The deadline has passed, and Plaintiff has not submitted the required documents, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application, i.e. the correct *in forma pauperis* application accompanied by both a prisoner trust account statement and a Certificate of Funds in Prisoner's Account.

**IT IS SO ORDERED.**

Dated: October 21, 2021

_____
JON S. TIGAR
United States District Judge